IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD MURRAY,

    Petitioner,                         No. CIV S-09-1784 GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA

    Respondent.                      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 20, 2009, the undersigned ordered that respondents file a response and that petitioner file an application to proceed in forma pauperis. Petitioner filed a application to proceed in forma pauperis on August 7, 2009

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for leave to proceed in forma pauperis is granted.

DATED: August 21, 2009

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:ab
murr1784.ifp

1