IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD MURRAY,

        Petitioner,        No. CIV S-09-1784 GGH P

  vs.

MATTHEW CATE, Secretary of CDCR,

        Respondent.       ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2010, petitioner filed a "motion for clarification" of this court's order dated September 14, 2010. The court advises petitioner that it can provide no further guidance as to petitioner's next steps in this action. Moreover, pursuant to the court's September 14, 2010 order, this case is administratively closed pending exhaustion of petitioner's lesser included offense claim.

        Accordingly, IT IS ORDERED that petitioner's motion for clarification (Doc. 20) filed September 27, 2010 is hereby denied.

DATED: October 20, 2010        /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:014
murr1784.clarif